Priority  
Send  
Enter  
Closed  
JS-5/JS-6  
JS-2/JS-3  
Scan Only

FILED  
CLERK, U.S. DISTRICT COURT  
DEC 1 4 2010  
CENTRAL DISTRICT OF CALIFORNIA  
BY          DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No:   CV 09-0579 WDK (Ex) |
| Plaintiff, ) | |
| v. ) | [PROPOSED] **JUDGMENT** |
| AL SHLOMO KLAUS, ) | Hon. William D. Keller |
| Defendant. ) | United States District Judge |

E-FILED  
11:56 AM  
NOV 30 2010  
Docket# 83

The Court, having accepted and entered the jury's unanimous verdict, hereby enters judgment in favor of Plaintiff United States of America as against Defendant Al Shlomo Klaus in the amount of one million, seven hundred ten thousand dollars ($1,710,000.$^{00}$).

**IT IS SO ORDERED AND ADJUDGED.**

Dated this __14th__ day of the month of December 2010.

_____
**THE HONORABLE WILLIAM D. KELLER
UNITED STATES DISTRICT JUDGE**